UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-rj-00033–CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD C. LEWIS,

    Defendant,

and

ADVANCED CHIROPRACTIC - RICHARD C. LEWIS, D.C.,

    Garnishee.

## ORDER

THIS MATTER having come before the Court on Plaintiff United States' Petition for Order Requiring Garnishee to Appear Before the Court to Answer Writ of Continuing Garnishment [Filed March 22, 2012, Docket No.13], and the Court having reviewed the file and the Petition, and for good cause having been shown, it is

ORDERED that Plaintiff United States of America's Petition for Order Requiring Garnishee to Appear Before the Court to Answer the Writ of Continuing Garnishment [Docket No. 13] is GRANTED; and it is further

ORDERED that Garnishee Advanced Chiropractic - Richard C. Lewis, D.C., shall appear in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294, on **May 4, 2012, at 8:30 a.m.** to answer the Writ of Continuing Garnishment; and it is further

ORDERED that Garnishee Advanced Chiropractic - Richard C. Lewis, D.C. shall withhold the required property pursuant to the Writ of Continuing Garnishment before the said appearance date.

DATED at Denver, Colorado, this 26th day of March, 2012.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge